THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL A. GRAMES, Defendant-Appellant.

(No. 72-283;

Second District—February 15, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Joel Murray, of Chicago, for appellant.

William V. Hopf, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.